

FILED by \_\_\_\_YH\_\_\_\_ D.C.

Mar 23, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-80045-CR-CANNON/BRANNON**
Case No. _____

18 U.S.C. § 641
18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461

UNITED STATES OF AMERICA

vs.

JEFFREY ALLAN GRANT, JR.,

      Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

**COUNTS 1-40**
**Theft of Government Property**
**(18 U.S.C. § 641)**

On or about the dates enumerated below, in Palm Beach County and Broward County, in the Southern District of Florida, the defendant,

**JEFFREY ALLAN GRANT, JR.,**

did knowingly and willfully embezzle, steal, purloin, and convert to his own use, a thing of value of the United States and a department and agency thereof, that is, the United States Postal Service, that is United States Postal Service stamps, to which the defendant was not entitled, as set forth in each count below:

| Count | Date | United States Post Office Location | Insufficient Fund Check Presented, Value of Stamps Purchased, and Number of Purchased Stamps |
|---|---|---|---|
| 1 | September 11, 2019 | Village Post Office in Deerfield Beach, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 101 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 2 | September 11, 2019 | Downtown Boca Raton Post Office in Boca Raton, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 102 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 3 | September 11, 2019 | Lighthouse Point Post Office in Lighthouse Point, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 103 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 4 | September 11, 2019 | Lighthouse Point Post Office in Lighthouse Point, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 113 drawn on that account for $385.00 and used to purchase 700 stamps. |
| 5 | September 11, 2019 | Tropical Reef Post Office in Pompano Beach, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 104 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 6 | September 11, 2019 | Tropical Reef Post Office in Pompano Beach, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 115 drawn on that account for $385.00 and used to purchase 700 stamps. |
| 7 | September 11, 2019 | Coral Reef Post Office in Coral Springs, Florida | Jeffrey Grant's name and Chase bank account number ending in |

| | | | |
|---|---|---|---|
| | | | 9926, printed on insufficient fund check number 105 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 8 | September 11, 2019 | Coral Reef Post Office in Coral Springs, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 117 drawn on that account for $385.00 and used to purchase 700 stamps. |
| 9 | September 11, 2019 | Coral Springs Post Office in Coral Springs, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 106 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 10 | September 11, 2019 | Coral Springs Post Office in Coral Springs, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 118 drawn on that account for $385.00 and used to purchase 700 stamps. |
| 11 | September 11, 2019 | Sunrise Post Office in Fort Lauderdale, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 107 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 12 | September 11, 2019 | Sunrise Post Office in Fort Lauderdale, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 119 drawn on that account for $385.00 and used to purchase 700 stamps. |
| 13 | September 11, 2019 | Alridge Post Office in Fort Lauderdale, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 108 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 14 | September 11, 2019 | Alridge Post Office in Fort Lauderdale, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 121 drawn on that |

|    |                    |                                                          |                                                                                                                                                                                                           |
|----|--------------------|----------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                    |                                                          | account for $385.00 and used to purchase 700 stamps.                                                                                                                                                      |
| 15 | September 11, 2019 | Southside Post Office in Fort Lauderdale, Florida        | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 109 drawn on that account for $440.00 and used to purchase 800 stamps.                       |
| 16 | September 11, 2019 | Southside Post Office in Fort Lauderdale, Florida        | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 122 drawn on that account for $385.00 and used to purchase 700 stamps.                       |
| 17 | September 11, 2019 | Sawgrass Post Office in Sunrise, Florida                 | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 110 drawn on that account for $440.00 and used to purchase 800 stamps.                       |
| 18 | September 11, 2019 | Margate Post Office in Margate, Florida                  | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 116 drawn on that account for $275.00 and used to purchase 500 stamps.                       |
| 19 | September 12, 2019 | Lighthouse Point Post Office in Lighthouse Point, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 123 drawn on that account for $440.00 and used to purchase 800 stamps.                       |
| 20 | September 12, 2019 | Delray Beach Post Office in Delray Beach, Florida        | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 124 drawn on that account for $440.00 and used to purchase 800 stamps.                       |
| 21 | September 12, 2019 | Lake Worth Post Office in Lake Worth, Florida            | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 125 drawn on that account for $440.00 and used to purchase 800 stamps.                       |

| 22 | September 12, 2019 | Greenacres Post Office in Greenacres, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 126 drawn on that account for $440.00 and used to purchase 800 stamps. |
| --- | --- | --- | --- |
| 23 | September 12, 2019 | Loxahatchee Post Office in Loxahatchee, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 127 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 24 | September 12, 2019 | Loxahatchee Post Office in Loxahatchee, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 128 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 25 | September 12, 2019 | Palms West Post Office in Royal Palm Beach, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 129 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 26 | September 12, 2019 | Royal Palm Beach Post Office in Royal Palm Beach, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 130 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 27 | September 12, 2019 | Jog Road Post Office in Boynton Beach, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 131 drawn on that account for $825.00 and used to purchase 1,500 stamps. |
| 28 | September 12, 2019 | Woodland Post Office in Boca Raton, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 132 drawn on that account for $825.00 and used to purchase 1,500 stamps. |
| 29 | September 12, 2019 | Boynton Beach Post Office in Boynton | Jeffrey Grant's name and Chase bank account number ending in |

|    |                     |                                                                   |                                                                                                                                                                              |
|----|---------------------|-------------------------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                     | Beach, Florida                                                    | 9926, printed on insufficient fund check number 133 drawn on that account for $825.00 and used to purchase 1,500 stamps.                                                     |
| 30 | September 12, 2019  | Lantana Post Office in Lantana, Florida                           | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 134 drawn on that account for $825.00 and used to purchase 1,500 stamps. |
| 31 | September 12, 2019  | Lucerne Post Office in Lake Worth, Florida                        | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 135 drawn on that account for $825.00 and used to purchase 1,500 stamps. |
| 32 | September 12, 2019  | Downton Boynton Beach Post Office in Boynton Beach, Florida       | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 136 drawn on that account for $825.00 and used to purchase 1,500 stamps. |
| 33 | September 12, 2019  | Wellington Post Office in Wellington, Florida                     | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 137 drawn on that account for $825.00 and used to purchase 1,500 stamps. |
| 34 | September 12, 2019  | West Palm Beach Post Office in West Palm Beach, Florida           | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 139 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 35 | September 12, 2019  | West Palm Beach Post Office in West Palm Beach, Florida           | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 140 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 36 | September 12, 2019  | Weston Post Office in Weston, Florida                             | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 144 drawn on that |

| | | | |
|---|---|---|---|
| | | | account for $440.00 and used to purchase 800 stamps. |
| 37 | September 12, 2019 | Sawgrass Post Office in Sunrise, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 151 drawn on that account for $1,100.00 and used to purchase 2,000 stamps. |
| 38 | September 13, 2019 | Coral Ridge Post Office in Fort Lauderdale, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 143 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 39 | September 13, 2019 | Causeway Post Office in Fort Lauderdale, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 159 drawn on that account for $440.00 and used to purchase 800 stamps. |
| 40 | September 13, 2019 | Causeway Post Office in Fort Lauderdale, Florida | Jeffrey Grant's name and Chase bank account number ending in 9926, printed on insufficient fund check number 160 drawn on that account for $440.00 and used to purchase 800 stamps. |

In violation of Title 18, United States Code, Section 641.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **JEFFREY ALLAN GRANT, JR.**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 641, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real and personal, which constitutes or is derived from proceeds traceable to the offense, pursuant to

Title 18, United States Code, Section 981(a)(1)(C). All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
*for*
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

*Sarah J. Schall*
_____
SARAH J. SCHALL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEFFREY ALLAN GRANT, JR.

_____ Defendant. _____ /

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami     ___ Key West
___ FTL     ✓ WPB     ___ FTP

New defendant(s)            Yes ____   No ____
Number of new defendants    ____
Total number of counts      ____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days      ✓
   II   6 to 10 days     ____
   III  11 to 20 days    ____
   IV   21 to 60 days    ____
   V    61 days and over ____

   (Check only one)
   Petty    ____
   Minor    ____
   Misdem.  ____
   Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ____   No ✓

SARAH J. SCHALL  *Sarah J. Schall*
ASSISTANT UNITED STATES ATTORNEY
Court No. A5501805

*Penalty Sheet(s) attached

REV 6/5/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   JEFFREY ALLAN GRANT, JR.

**Case No:**   _____

Counts #: 1-40

Theft of Government Property

Title 18, United States Code, Section 641

**\*Max. Penalty if aggregate value is $1,000 or more:** Up to 10 years' imprisonment, up to 3 years of supervised release, up to $250,000 fine, and a mandatory $100 special assessment.