UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 21-80045-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JEFFREY ALLAN GRANT, JR.,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce Reinhart Following Change of Plea Hearing [ECF No. 20].  On July 2, 2021, Magistrate Judge Reinhart held a Change of Plea hearing and thereafter issued a Report and Recommendation [ECF No. 20].  No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report.  Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered into by Defendant Jeffrey Allan Grant as to Count 37 of the Indictment is **ACCEPTED**;

3. Defendant Jeffrey Allan Grant is adjudicated guilty of Count 37 of the Indictment, which charges him with theft of government property (stamps), in violation of Title 18, United States Code, Section 641.

CASE NO. 21-80045-CR-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 23rd day of July 2021.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record